UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| MONTES, MODESTO | ) | CASE NO. 05-57518-MB |
| MONTES, IRIS | ) | |
| Debtors. | ) | Hon. Manuel Barbosa |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtors, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:   Old Kane County Courthouse, 100 S. Third St., Courtroom 140, Geneva, Illinois 60134

   On: **April 16, 2009**                       Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   | | |
   |---|---|
   | Receipts | $8,447.87 |
   | Disbursements | $6.69 |
   | Net Cash Available for Distribution | $8,441.18 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| THOMAS E. SPRINGER, TRUSTEE, Trustee | $0.00 | $1,594.79 | $0.00 |
| THOMAS E. SPRINGER, Attorney for Trustee | $0.00 | $5,456.00 | $0.00 |
| JIM LEDUC, Realtor for Trustee | $0.00 | $325.00 | $0.00 |
| CLERK OF THE BANKRUPTCY COURT
Clerk of the Court Costs | $0.00 | $0.00 | $250.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: N/A

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00% .

Allowed priority claims are: N/A

7. Claims of general unsecured creditors totaling $13,634.04 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 5.98% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Arrow Financial Services LLC | $379.05 | $22.67 |
| 2 | AmeriCredit | $13,254.99 | $792.72 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtors have been discharged.

Dated: **March 20, 2009**          For the Court,

By:   **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

| | |
|---|---|
| Trustee: | Thomas E. Springer |
| Address: | 400 S. County Farm Road |
| | Suite 330 |
| | Wheaton, IL  60187 |
| Phone No.: | (630) 510-0000 |

# CERTIFICATE OF NOTICE

District/off: 0752-1 User: amcc7 Page 1 of 1 Date Rcvd: Mar 20, 2009
Case: 05-57518 Form ID: pdf002 Total Served: 33

The following entities were served by first class mail on Mar 22, 2009.
db/jdb +Modesto Montes, Iris Montes, 729 High st, Aurora, IL 60505-2231
10666405 ++AMERICREDIT, PO BOX 183853, ARLINGTON TX 76096-3853
(address filed with court: AmeriCredit, POB 183853, Arlington, TX. 76096)
10431117 Americredit Financial Svc, B4001 Embarcadero, Arlington TX 76014
10431118 +Argent Health Financial Services, 7650 Magna Dr, Belleville, IL 62223-3366
10641513 Arrow Financial Services LLC, c/o Becket and Lee LLP, POB 3001, Malvern PA 19355-0701
10431119 +Capital One, BOX 85520, Richmond, VA 23285-5520
10431120 +Check n Go of Illinois, 4422 West New York St #27, Aurora, IL 60504-4128
10431121 Circuit Court Clerk Kane Co, c/o NCO, Box 41417, Philadephia PA 19101
10431122 +City of Aurora, c/o Van Ru Credit, BOX 46249, Chicago, IL 60646-0249
10431123 +Columbia House, BOX 173885, Denver CO 80217-3885
10431125 +Emergency Treatment SC, 900 Jorie Blvd #220, Oak Brook, IL 60523-3846
10431126 +First Bankcard Center, c/o Richard D Seierstad, esq, BOX 570, Sauk Rapids MN 56379-0570
10431127 +Guardian ANeth, 185 Penny Ave, Dundee IL 60118-1454
10431128 +Hollywood Video, 1791 Douglas, Montgomery IL 60538-2170
10431131 +ICS Pymt & Correspondence, BOX 19043, Springfield, IL 62794-9043
10431132 +IDES, Benefit Repayments, BOX 4385, Chicago, IL 60680-4385
10431130 +Ice Mountain, 2767 East Imperial Highway, Brea, CA 92821-6713
10288552 +MRC Receivable Corp, c/o Blatt, Hasenmiller, Leibsker &, 125 South Wacker Drive #400,
Chicago, IL 60606-4440
10431133 +Old Second National Bank, c/o CMS 3814, BOX 931, Brookfield, WI 53008-0931
10431134 +Orchard Bank, BOX 17051, Baltimore, MD 21297-1051
10288554 +Resurgence Financial, c/o Kaplan & Chaet, LLC, 5215 Old Orchard road #300,
Skokie, IL 60077-1020
10431135 +Rush-Copley Medical Center, 2000 Ogden Avenue, Aurora, IL 60504-7222
10431137 +Sprint, BOX 88026, Chicago, IL 60680-1026
10288555 +Synergy Institute, SC, 1900 Ogden Ave Sutie 108, Aurora, IL 60504-4273
10431138 +T-Mobile (PHA), c/o Diversfield Consultants Inc, BOX 551268, Jacksonville, FL 32255-1268
10431139 +Target, BOX 59317, Minneapolis MN 55459-0317
10431140 +The United States Life Insurance, BOX 1581, Neptune NJ 07754-1581
10288556 +Waterford Mortgage, Box 9001879, Louisville, KY 40290-1879
10431141 +Women’s Healthcare, c/o PBA, Box 4687, Hinsdale IL 60522-4687
10431142 +Worldcom Wireless, Box 5211, New York, NY 10087-5211

The following entities were served by electronic transmission on Mar 20, 2009.
10431124 +E-mail/Text: brandy.glashin@comed.com ComEd,
System Cedit/Bankruptcy Department, 2100 Swift Drive, Oak Brook, IL 60523-1559
10288553 +E-mail/Text: bankrup@nicor.com NICOR, Bankruptcy and Collections,
Box 549, Aurora, IL 60507-0549
10431136 +E-mail/PDF: gecsedi@recoverycorp.com Mar 21 2009 00:11:26 Sam’s, Box 105980, Dept 77,
Atlanta GA 30353-5980
TOTAL: 3

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10431129 Household Bank, c/o Blatt Hesenmiller, Leibsker, 125 South Wacker Drive #400
TOTALS: 1, * 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary’s privacy policies.**

**Date: Mar 22, 2009** **Signature:** Joseph Speetjens